UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHLEPPERS HOLDINGS, LLC,

      Plaintiff,

-against-

CIVIC VAN LINES, INC. d/b/a CIVIC CAN LINES, LLC,

      Defendant.

25-CV-3294 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

  As discussed at the conference on August 13, 2025, Defendant is directed to file its motion to stay by September 22, 2025. Plaintiff's opposition is due October 13, 2025. Defendant's reply is due October 27, 2025.

Dated: August 14, 2025
   New York, New York

            SO ORDERED.

            *Jessica Clarke*

            JESSICA G. L. CLARKE
            United States District Judge