UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHLEPPERS HOLDINGS, LLC,

                Plaintiff,

      -against-

CIVIC VAN LINES, INC.,

               Defendant.

25-CV-3294 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

The Court has granted numerous extensions on a pending Motion to Stay (ECF No. 28) as the parties attempt to negotiate a settlement. *See, e.g.*, ECF No. 41. The motion is now fully briefed. However, according to one recent submission, the sides "are close to a memorandum of understanding." ECF No. 45 ¶ 6. The parties are directed to file a joint letter no later than February 27, 2026, updating the Court as to the status of their settlement negotiations.

Dated:  February 24, 2026
       New York, New York

SO ORDERED.

_____
JESSICA G. L. CLARKE
United States District Judge