

**LEASON ELLIS** INTELLECTUAL PROPERTY ATTORNEYS

One North Lexington Avenue, Suite 1200
White Plains, New York 10601
**T**   914.821.3075
reuber@leasonellis.com

March 10, 2026

**VIA ECF**

**Cameron S. Reuber**
PARTNER

> **MEMO ENDORSED**

The Honorable Jessica G. L. Clarke, U.S.D.J.
United States District Court Southern District of New York
Charles L. Brieant Jr. Courthouse
300 Quarropas Street, Courtroom 320
White Plains, NY 10601

Re:   Shleppers Holdings, LLC v. Civic Van Lines, Inc. d/b/a Civic Van Lines, LLC,
      No. 7:25-cv-03294-JGLC

Dear Judge Clarke:

We represent Plaintiff Shleppers Holdings, LLC ("Plaintiff") in the above-referenced action. We write with the consent of Defendant Civic Van Lines, Inc. ("Defendant") to request an adjournment of the conference scheduled for Wednesday, March 18, 2026, at 11 a.m. currently calendared by your recent Order (ECF #49) dated March 2, 2026.

Regrettably, the undersigned will be in Asia between March 13 and March 30, 2026. Therefore, in accordance with Section 2(a) of Your Rules, please accept this letter motion seeking to adjourn to a new date convenient to the Court, inclusive of 11 a.m. on Wednesday, April 8th, Wednesday, April 15th, or Wednesday, April 22, 2026.

This is the first request for adjournment of this conference and the defense consents to this rescheduling request by plaintiff. No case deadlines will be impacted by this request.

WHEREFORE, on behalf of Plaintiff, the undersigned respectfully requests that the Court adjourn the conference scheduled for Wednesday, March 18, 2026 to a new date convenient to the Court in April.

Respectfully submitted,

Cameron S. Reuber

cc: All counsel of record (via ECF)

Application GRANTED. IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for March 18, 2026, at 11:00 a.m., is RESCHEDULED for April 8, 2026, at 11:00 a.m. The Clerk of Court is respectfully directed to terminate ECF No. 50. SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge
Dated: March 11, 2026
      White Plains, New York