

SpencerFane®

Golenbock

Michael Devorkin
mdevorkin@spencerfane.com
(212) 907-7348

March 12, 2026

**Via Electronic Filing**

The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re:    *Shleppers Holdings, LLC v. Civic Van Lines, Inc. d/b/a Civic Van Lines, LLC*
       Case No. 25-cv-03294-JGLC

Dear Judge Clarke:

I write on behalf of defendant. With respect to Plaintiff's March 10 letter and the Court's March 11 Order, I made a terrible mistake for which I apologize. I somehow overlooked the fact that I am out of town with family the whole week April 4-11, and thus the date of April 8 is impossible for me, and nobody else here is familiar with this matter. I respectfully request that the Court reschedule the conference for a date following that week. Again, I apologize for any inconvenience I have caused the Court or counsel.

Thank you for your consideration.

Respectfully

By: /s/ Michael S. Devorkin
    Michael S. Devorkin

Cc by efile:
Cameron Reuber, Esq.
Tatsuya Adachi, Esq.

Application GRANTED. IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for April 8, 2026, at 11:00 a.m., is RESCHEDULED for April 15, 2026, at 2:30 p.m. The Clerk of Court is respectfully directed to terminate ECF No. 52. SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: March 16, 2026
       New York, New York