UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHLEPPERS HOLDINGS, LLC,

                Plaintiff,

-against-

CIVIC VAN LINES, INC.,

                Defendant.

25-CV-3294 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

For the reasons stated during the conference held today, the Court GRANTS Defendant's motion to stay this case pending the resolution of the related state action. *See* ECF No. 28. The parties are hereby DIRECTED to file a letter with the Court within one week of the state action's resolution.

The Clerk of Court is respectfully directed to stay this case and to terminate ECF No. 28.

Dated: April 15, 2026
       New York, New York

SO ORDERED.

_____
JESSICA G. L. CLARKE
United States District Judge